UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **SPECIFIC SOFTWARE SOLUTIONS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:09-0112 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| **INSTITUTE OF WORKCOMP ADVISORS, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons discussed in the accompanying Memorandum, the Motion to Dismiss of defendant Institute of WorkComp Advisors (Docket No. 5) is **GRANTED**. This case is hereby **DISMISSED**, without prejudice.

It is so ordered.

Enter this 18th day of May 2009.

_____
ALETA A. TRAUGER
United States District Judge